IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COURTNEY TOWNSEND, | No. C 08-3828 MEJ |
| Plaintiff(s), | |
| vs. | **ORDER TO SHOW CAUSE** |
| PETER SULLIVAN, | **ORDER VACATING DECEMBER 4, 2008 CMC** |
| Defendant(s). | |

On August 11, 2008, the above-captioned matter was transferred to this Court from the Central District of California. (Dkt. #1.) Since that time, no further action has taken place. Further, although a Case Management Conference is scheduled for December 4, 2008, no joint statement has been filed. Accordingly, the Court VACATES the December 4 CMC and ORDERS Plaintiff Courtney Townsend to show cause why this case should not be dismissed for failure to prosecute. Townsend shall file a declaration by December 11, 2008. The Court shall conduct a hearing on December 18, 2008 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: December 1, 2008

MARIA-ELENA JAMES
United States Magistrate Judge